The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIFFANY RUTLEDGE, individually and as mother general guardian of L.R. and C.R., minors,

        Plaintiff,

        v.

WAL-MART STORES, INC.,

        Defendant.

NO. 2:22-cv-00777-TL

STIPULATED MOTION TO STAY LITIGATION PENDING OUTCOME OF MOTION TO TRANSFER ACTIONS PURSUANT TO 28 U.S.C. § 1407

## I. STIPULATED MOTION

Defendant WALMART INC. (erroneously sued as WAL-MART STORES, INC.) and Plaintiff TIFFANY RUTLEDGE ("Plaintiff") (collectively, "the parties"), by and through their respective counsel of record, jointly seek an Order Staying Litigation in the above-captioned case pending the outcome of a Motion to Transfer Actions Pursuant to 28 U.S.C. § 1407 ("Motion to Consolidate") filed on June 10, 2022, identifiable as Case MDL No. 3043, currently pending before the United States Judicial Panel on Multidistrict Litigation ("JPML"). The aforementioned Motion to Consolidate directly involves this case and other products liability actions filed against retailers of private-labeled acetaminophen products,[1] all identified

---

[1] This lawsuit arises from Plaintiff Tiffany Rutledge's purchase and use of products containing acetaminophen which she alleges negatively impacted the development of her minor children. *See generally* Dkt. #1. Plaintiff filed the Complaint on June 6, 2022. *See id.*

STIPULATED MOTION TO STAY LITIGATION PENDING OUTCOME OF MOTION TO TRANSFER ACTIONS PURSUANT TO 28 U.S.C. § 1407 - 1
(2:22-cv-00777 )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7629540.2

in a "Schedule of Actions" accompanying the subject Motion.  A stay of litigation in this matter, while the Motion to Consolidate remains pending, is justified and necessary because this case may be transferred, or the procedural posture may otherwise change based on the outcome of the aforementioned Motion; thus, litigation, in this case, should be temporarily stayed to avoid potentially unnecessary and/or duplicative work while the case status is in flux.

The parties believe the JPML will set the Motion to Consolidate hearing for September 29, 2022.  The parties hereby request that litigation in the above-captioned case be stayed until 30 days after the JPML reaches a decision on the Motion, whether this be on September 29, 2022, or at some point thereafter.

## II. CONCLUSION

In light of and based on the foregoing, the parties hereby respectfully request that the Court enter an Order staying litigation in this case until 30 days beyond the time that the JPML reaches a decision regarding the Motion to Consolidate now pending in Case MDL No. 3043.

DATED this 3rd day of August 2022.

| s/ Ashley Barriere | s/Eddy Silverman |
|---|---|
| Ashley Barriere, *Pro Hac Vice* | Rodney L. Umberger, Jr., WSBA # 24948 |
| KELLER POSTMAN, LLC | Eddy Silverman, WSBA # 53494 |
| 150 North Riverside Plaza, Suite 4100 | WILLIAMS, KASTNER & GIBBS PLLC |
| Chicago, IL 60606 | 601 Union Street, Suite 4100 |
| Phone: (312) 741-5222 | Seattle, WA 98101-2380 |
| Fax:    (312) 971-3502 | Telephone:  (206) 628-6600 |
| Email: ashley.barriere@kellerpostman.com | Fax:  (206) 628-6611 |
|  | rumberger@williamskastner.com |
|  | esilverman@williamskastner.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant Walmart Inc.* |

STIPULATED MOTION TO STAY LITIGATION PENDING
OUTCOME OF MOTION TO TRANSFER ACTIONS PURSUANT
TO 28 U.S.C. § 1407 - 2
(2:22-cv-00777 )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7629540.2