The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIFFANY RUTLEDGE, individually and as mother general guardian of L.R. and C.R., minors,

Plaintiff,

v.

WAL-MART STORES, INC.,

Defendant.

NO. 2:22-cv-00777-TL

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY LITIGATION

THIS MATTER, having come before the Court on the above-named parties' Motion to Stay Litigation (Dkt. No. 14), and the Court having considered the arguments of counsel and having reviewed the records and files herein, now hereby ORDERS, ADJUDGES, and DECREES:

1.    The parties' Stipulated Motion to Stay Litigation is GRANTED; and

2.    Litigation in the above-captioned matter is hereby STAYED until **thirty (30) days** after the Judicial Panel on Multidistrict Litigation's decision on the Motion to Transfer

ORDER GRANTING STIPULATED MOTION
TO STAY LITIGATION - 1
(2:22-cv-00777 )

Actions Pursuant to 28 U.S.C. § 1407 filed on June 10, 2022, now pending in Case MDL No. 3043.

DATED this 9th day of August 2022.

_____
Tana Lin
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO STAY LITIGATION - 2
(2:22-cv-00777 )